# PD-1130-14

DECEMBER 16,2014

TEXAS COURT OF CRIMINAL APPEALS

P.O.BOX 12308, CAPITAL STATION

AUSTIN, TEXAS. 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 31 2014

Abel Acosta, Clerk

RE: Cause No. PD-1130-14 Second motion for Rehearing to Petition
for Discretionary review.

FILED IN
COURT OF CRIMINAL APPEALS

DEC 31 2014

Abel Acosta, Clerk

**DEAR CLERK,**

   Enclosed you will find the Original Copy Motion for Rehear-
ing for petition For Discretionaty Review. Please file and bring
to the attention of the Court at your earliest convenience.

 Please file a stamp a copy of this cover letter and return it to
the Petitioner.

 Your prompt assistance in my sincere concern's are GREATLY -
APPRECIATED.

JAVIELE JASON FRIAS
PETITIONER PRO SE

IN THE

COURT OF CRIMINAL APPEALS

JAVIELE JASON FRIAS §
    PETITIONER §
§
VS. § PD No.1130-14
§
THE STATE OF TEXAS §
    APPELLEE §

## SECOND MOTION FOR EXTENSION OF TIME TO FILE

## PETITION FOR DOSCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, JAVIELE JASON FRIAS, Petitioner, and files this mtion

for extension of twenty (20) days in which to file a motion for

Rehearing to Prtition for Discretionary Review in support of this

motion, Petitioner shows the COurt the followina:

I

The Petitioner was convicted in the 403rd District courtoof Travis

Travis Count, Texas of the offense of Burqlarv of aHabitation

in case No. D-1-DC-11-205934, Stvled State of Texas VS. Javiele

Jason Frias. The Petitioner Appealed to the Court of Appeals, 3rd

supreme Judicial District. The case was affirmed on Julv 10,2014.

II

The Present deadline for filina the motion for Rehearina is

DECEMBER 3,2014. The rulina of Petitioner's initial motion for

extension of time was received on December 16,2014, which the

Court denied without written order on December 5,2014, This is

Petitioner's second reuest for extension of time.

# III

Petitioner's request for an extension is base upon the following Facts: Thought Petitioner a waited the Court's ruling on His initial request for extension of time, He diligently prepared His Motion for Rehearing and submitted it on December 12,2014, four days roir to receviq the Court's denial. Though it's no excuse, Petitioner requests the Court to take into consideration that Petitioner was unable to attain materials due to Unit Lock down from December 1,2014, through December 10,2014.

**WHEREFOR,** Petitionr Prays this court GRANTS this mtion and extend the deadline for filing the Motion for Rehearing to Petition For Discretionary Reviw in case. o3-12-00463 to December 23,2014.

RESPECTFULLY SUBMITTED ,

JAVIELE JASON FRIAS

TDCJ-CID # 1792795

BILL CLEMENTS UNIT

9601 SPUR 591

AMARILLO, TEXAS.7901

## CERTIFICATE OF SERVICE

I, JAVIELE JASON FRIAS, Do hereby certify that a true and cor- rect copy of the above and forgoig motion for Rehearing for Discretionary Review has been forwarded by United State mail, postage prepaid, first class,to the State Prosecuting Attorney, P.O.BOX 13046, Austin, Texas.78711, on this the 16th, day of DECEMBER, 2014.

_Javiele Jason Frias_
JAVIELE JASON FRIAS

TDCJ-CID # 1792795

BIL CLEMENTS UNIT

9601 SPUR 591

AMARILLO,TEXAS.

79107

## INMATE DECLARATION

I, JAVIELE JASON FRIAS, TDCJ-CID # 1792795, Being presently incarcerated at the Bill Clements Unit of the Texas Department of Criminal hustice - institutional division in Potter coounty,Texas , verify and declare under penalty of perjury that the foregoing statement are true and correct to the best of my knowledge. Executed on this the16th day of DECEMBER, 2014.

_Jason Javiele Frias_
JAVIELE FRIAS JASON

TDCJ-CID #1792795